SAMUEL FIDUCCIA v. CONSTRUCTION CORPORATION OF AMERICA.

February 4, 1976. Petition for certification denied.

VICTOR J. DILLE v. GOOD DEAL SUPERMARKETS, INC.

February 4, 1976. Petition for certification denied.

AUDREY H. PIERSON v. ROYAL LIQUOR DISTRIBUTORS & IMPORTERS, INC.

February 4, 1976. Petition for certification denied.

INSURANCE COMPANY OF NORTH AMERICA v. DONALD GOODMAN.

February 4, 1976. Petition for certification denied.

FRANK S. CIKO v. QUICK SHOP, OAKLYN, NEW JERSEY, INC.

February 4, 1976. Petition for certification denied.